AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Matthew Jay Webler<br>DOB: XXXXXX<br><br>*Defendant(s)* | )<br>)  Case: 1:21-mj-00667<br>)  Assigned To : Harvey, G. Michael<br>)  Assign. Date : 11/24/2021<br>)  Description: COMPLAINT W/ ARREST WARRANT<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the
_____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C.1752(a)(1) | Entering and Remaining in a Restricted Building or Grounds |
| 18 U.S.C.1752(a)(2) | Disorderly and Disruptive Conduct in a Restricted Building or Grounds |
| 40 U.S.C. 5104(e)(2)(D) | Disorderly Conduct in a Capitol Building |
| 40 U.S.C. 5104(e)(2)(G) | Parading, Picketing or Demonstrating in a Capitol Building |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Andrea Coble*

*Complainant's signature*

Andrea Coble, Special Agent

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 11/24/2021

*Judge's signature*

City and state: Washington, D.C.    G. Michael Harvey, U.S. Magistrate Judge

*Printed name and title*