AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Matthew Jay Webler

)
)
) Case: 1:21-mj-00667
) Assigned To : Harvey, G. Michael
) Assign. Date : 11/24/2021
) Description: COMPLAINT W/ ARREST WARRANT
)

Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Matthew Webler,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C.1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds
18 U.S.C.1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds
40 U.S.C. 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building
40 U.S.C. 5104(e)(2)(G) - Parading, Picketing or Demonstrating in a Capitol Building

Date: 11/24/2021

G. Michael Harvey
Digitally signed by G. Michael Harvey
Date: 2021.11.24 09:20:13 -05'00'

*Issuing officer's signature*

City and state: Washington, D.C.

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 11-24-2021, and the person was arrested on *(date)* 12-3-2021
at *(city and state)* Decatur, Georgia.

Date: 12-3-2021

Andrea Coble
*Arresting officer's signature*

Andrea Coble, Special Agent
*Printed name and title*